1058

CHERIE OWEN, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 88-2-00058-9, Duane E. Taber, J., entered October 18, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE ALLEN CAKEBREAD, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 89-1-00026-9, Yancey Reser, J., entered May 30, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. SHAWN BRYAN BAREFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00440-1, Terence Hanley, J., entered December 8, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick and Morgan, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN ERIC ROBINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 232134R040, John B. Krilich, J. Pro Tem., entered February 26, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.